# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **EDDIE L. TUCKER,** | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **V.** | § | **CASE NO. 3:19-CV-1213-N-BK** |
| | § | |
| **BBVA COMPASS BANK, CEDRIC** | § | |
| **BROWN, WALTER L. IRVIN, RAY** | § | |
| **MCDONALD, AND CHARLES C.** | § | |
| **GUIMM, III,** | § | |
| **DEFENDANTS.** | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

SIGNED this 22nd day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE